UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24-MC-00228-RHH |
| | ) |
| ONE (1) ARMSCOR OF THE PHILIPPINES 1911A1 HANDGUN, SERIAL NO.: RIA2522392, and | ) ) ) |
| | ) |
| MISCELLANEOUS AMMUNITION AND MAGAZINES, | ) ) |
| | ) |
| Defendants. | ) |

**ORDER EXTENDING TIME**
**FOR FILING COMPLAINT FOR FORFEITURE**

WHEREAS this matter is before the Court on the United States' Motion to Extend Time to File Complaint for Forfeiture;

AND WHEREAS Title 18, United States Code, Section 983(a)(3)(A) permits this Court to extend the time in which the United States may file its Complaint for Forfeiture for good cause shown;

AND WHEREAS the United States would otherwise be required, pursuant to Title18, United States Code, Section 983(a)(3)(A), to file a civil Complaint for Forfeiture against the above-captioned property by February 27, 2024;

AND WHEREAS, the United States has shown that good cause exists because of its ongoing criminal investigation, the potential unavailability of the property in future forfeiture proceedings, and the avoidance of duplicative actions;

WHEREFORE, for the foregoing good cause, the period in which the United States is required to file a Complaint against the property and/or to return criminal charges is extended until May 27, 2024.

IT IS SO ORDERED on this  27th  day of February, 2024.

_____
HONORABLE RODNEY H. HOLMES
United States Magistrate Judge